UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ESTATE OF GLENN MITCHELL
HAND, by and through PHYLLIS A.
HAND, Personal Representative,

    Plaintiff,

vs.

CASE NO.: 4:20-CV-66-AW-HTC

FLORIDA DEPARTMENT OF
CORRECTIONS; CENTURION OF
FLORIDA; MHM HEALTH
PROFESSIONALS, INC.; DAVID E.
RODRIGUEZ-RIVERA, M.D., a/k/a
DAVID RODRIGUEZ, M.D.; JEAN
MAX SAINT CHARLES, M.D.; JUAN
SANTIAGO, M.D. a/k/a JUAN
SANTIAGO RIVERA, M.D.; PETER
FABIAN EDEMEKONG, M.D.;
DRIANNA NISHELL LAW, ARNP,

    Defendants.
_____/

## NOTICE OF APPEAL TO COURT OF APPEALS

Notice is hereby given that Plaintiff, ESTATE OF GLENN MITCHELL HAND, by and through PHYLLIS A. HAND, personal representative, in the above-mentioned case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order and Final Judgment dismissing Plaintiff's § 1983 claims [ECF Nos. 74 and 75] entered in this action on April 28, 2021, the District Court's Order dismissing Plaintiff's § 1983 claims [ECF No. 59] entered in this

1

action on January 13, 2021, and the District Court's Order denying Plaintiff's Motion to Amend Complaint and/or Motion for Reconsideration/Rehearing [ECF No. 70] entered in this action on April 8, 2021.

DATED this 5th day of May 2021.

/s/ *Adam Anderson*
Adam C. Anderson, Esq.
Florida Bar No. 125640
ADAM ANDERSON LAW FIRM
5 Miracle Strip Loop, Ste. 7
Panama City Beach, Florida 32407
Phone:  (850) 588-3288
Fax:      (850) 588-3287
Email:   adam@winwithadam.com
   *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Francis H. Sheppard at fsheppard@rumberger.com and Kayla E. Platt Rady at krady@rumberger.com (counsel for Defendants Centurion of Florida; MHM Health Professionals, Inc.; David E. Rodriguez-Rivera, M.D., a/k/a David Rodriguez, M.D.; Jean Max Saint Charles, M.D.; Juan Santiago, M.D. a/k/a Juan Santiago Rivera, M.D.; Peter Fabian Edemekong, M.D.; Drianna Nishell Law, ARNP), Thomas R. Thompson at tom@tcslawfirm.net and Mallory R. Bennett at mallory@tcslawfirm.net (counsel for Defendant Florida Department of Corrections).

DATED this 5th day of May 2021.

*/s/ Adam Anderson*
Adam C. Anderson, Esq.
Florida Bar No. 125640
ADAM ANDERSON LAW FIRM
5 Miracle Strip Loop, Ste. 7
Panama City Beach, Florida 32407
Phone:   (850) 588-3288
Fax:       (850) 588-3287
Email:    adam@winwithadam.com
   *Attorney for Plaintiff*

3